FILED  
United States Court of Appeals  
Tenth Circuit

April 24, 2023

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JESSIE TUNSON-HARRINGTON,<br><br>　　Plaintiff - Appellant,<br><br>v.<br><br>EWING, Adams County Sheriff's Deputy, et al.,<br><br>　　Defendants - Appellees. | No. 23-1105<br>(D.C. No. 1:19-CV-03705-RBJ-SKC)<br>(D. Colo.) |

_____

**ORDER**

_____

Before **HOLMES**, Chief Judge.

_____

Appellant, who is proceeding without the assistance of counsel in this appeal, has filed a motion asking this court to appoint an attorney for representation at public expense. The motion is denied. The court will not consider the possibility of appointing counsel for Appellant until the case has been fully briefed and the court has had an opportunity to consider Appellant's own statement of arguments on appeal.

　　　　　　　　　　　　　　　　　　Entered for the Court

　　　　　　　　　　　　　　　　　　CHRISTOPHER M. WOLPERT, Clerk